UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JAMAR A. SCOTT,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION DIVISION, INC.,
d/b/a MAF COLLECTION SERVICES,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

    1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

    2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JAMAR A. SCOTT, is a natural person, and at the time of the events alleged herein, was a citizen of the State of Florida, residing in Miami-Dade County, Florida.

4. Defendant, MERCHANTS ASSOCIATION COLLECTION DIVISION, INC., is a professional corporation and citizen of the State of Florida with its principal place of business at 134 South Tampa Street, Tampa, Florida 33602.

## FACTUAL ALLEGATIONS

5. Defendant, or another party acting on its behalf, left the following message on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

**Pre-Recorded Message – April 9, 2009**
This is a message for J-a-m-a-r Scott.  If you are not J-a-m-a-r Scott, please hang up or disconnect.  If you are J-a-m-a-r Scott, please continue to listen to this message. There will now be a three second pause in this message.
By continuing to listen to this message, you acknowledge that you are J-a-m-a-r Scott. J-a-m-a-r Scott, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a three second pause in this message to allow you to listen to this message in private. This is MAF Collection Services. This communication is from a debt collector. This is an attempt to collect the debt and any information obtained will be used for that purpose.  Please contact us about an important business matter at 1-800-749-7710.

6. Defendant, or another party acting on its behalf, left similar or identical messages on other occasions using an automated telephone dialing system

or pre-recorded or artificial voice on Plaintiff's cellular telephone. (Collectively, "the telephone messages").

7. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

8. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant calls violate the TCPA;

    c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>don@donyarbrough.com

By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658