UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-23018-CIV-O'SULLIVAN
[CONSENT]

JAMAR A. SCOTT,

                Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION
DIVISION, INC., d/b/a MAF COLLECTION
SERVICES, TALLAHASSEE MEMORIAL
HEALTHCARE, INC., and JOHN DOES 1-3
                Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal

with Prejudice Regarding Tallahassee Memorial Healthcare, Inc. and John Does 1-3 (DE#

47, 2/8/13). On February 8, 2013, the plaintiff filed a notice of voluntary dismissal of

defendants Tallahassee Memorial Healthcare, Inc. and John Does 1-3 pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i). Under this rule, "the plaintiff may dismiss an action

without a court order by filing: (i) a notice of dismissal before the opposing party serves

either an answer or a motion for summary judgment . . . ." Fed.R.Civ.P. 41(a)(1)(A)(i). In the

present case, the plaintiff filed his notice of voluntary dismissal before defendants

Tallahassee Memorial Healthcare, Inc. and John Does 1-3 filed an answer or a motion for

summary judgment. Accordingly, defendants Tallahassee Memorial Healthcare, Inc. and

John Does 1-3 have been dismissed with prejudice from this action. It is

ORDERED AND ADJUDGED that the Clerk of the Court is directed to terminate

Tallahassee Memorial Healthcare, Inc. and John Does 1-3 from the docket.

DONE AND ORDERED in Chambers at Miami, Florida this **12th** day of February,

2013.

_____

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record