UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-23018-Civ-O'Sullivan
[CONSENT]

JAMAR A. SCOTT,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION DIVISION, INC.,
d/b/a MAF COLLECTION SERVICES,
TALLAHASSEE MEMORIAL HEALTHCARE, INC
AND JOHN DOES 1-3

    Defendants,

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, Plaintiff and Merchants Association Collection Division, Inc., d/b/a MAF Collection Services jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Jonathan Vine, Esq |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Cole Scott & Kissane, P. A. |
| Fort Lauderdale, Florida  33339 | Second Floor |
| Telephone: 954-537-2000 | 1645 Palm Beach Lakes Boulevard |
| Facsimile: 954-566-2235 | West Palm Beach, FL 33401 |
| | Telephone: 561-383-9203 |
| | Facsimile: 561-683-8977 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Jonathan Vine |
| Donald A. Yarbrough, Esq. | Jonathan Vine, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-23018-Civ-O'Sullivan
[CONSENT]

JAMAR A. SCOTT,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION DIVISION, INC.,
d/b/a MAF COLLECTION SERVICES,
TALLAHASSEE MEMORIAL HEALTHCARE, INC
AND JOHN DOES 1-3

    Defendants.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 21, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. Jonathan Vine, Esq.
Cole Scott & Kissane, P. A.
Second Floor
1645 Palm Beach Lakes Boulevard
West Palm Beach, FL 33401
Telephone: 561-383-9203
Facsimile: 561-683-8977

Via Notices of Electronic Filing generated by CM/ECF

Ms. Christy P. Ickler, Esq.
Pennington, Moore, Wilkinson, Bell & Dunbar P.A.
Suite 200
215 South Monroe Street
Tallahassee, FL 32308
Telephone: 850-222-3533
Facsimile: 850-222-2126

Via US Mail with a courtesy copy via E-Mail