UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-23018-Civ-O'Sullivan
[CONSENT]

JAMAR A. SCOTT,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION DIVISION, INC.,
d/b/a MAF COLLECTION SERVICES,
TALLAHASSEE MEMORIAL HEALTHCARE, INC
AND JOHN DOES 1-3

    Defendants,

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE 49), The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in the Southern District of Florida this 21 day of Feb, 2013.

JOHN J. O'SULLIVAN
United States Magistrate Judge

cc:    All Counsel of Record.